UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanisha Martinez § <br>     Plaintiff § <br> § <br> VS. § <br> § <br> § <br> Medical Society Business Services Inc. § <br>     Defendant. § | CASE NO. <br> 2:16-cv-00493-DKD |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that a judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated 4/28/2016

Respectfully submitted,
/s/Avraham Zvi Cutler
Avraham Zvi Cutler
Ballon Stoll Bader & Nadler
729 7th Ave., 17th Fl.
New York, NY 10019
State Bar No. 028441
Fax: 212-764-5060
avicutler@gmail.com
Tel: 718-578-7711